# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

NORMA SUYAPA GARCIA RODRIGUEZ,

Petitioner,

v.

MARKWAYNE MULLIN, *et al.*,

Respondents.

Case No. 5:26-cv-05695-JWH-SP

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file therein, and the Magistrate Judge's Report and Recommendation.[1] Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The Report and Recommendation is **ACCEPTED** and **ADOPTED**.

2. The Petition is **GRANTED** with respect to the due process claim of Petitioner Norma Suyapa Garcia Rodriguez.

3. Respondents are **DIRECTED** to release Garcia Rodriguez (A # 246-786-570) from immigration detention **FORTHWITH**.

4. Garcia Rodriguez's conditions of release shall be the same as those in place prior to her most recent detention.

5. Respondents are **DIRECTED** to return any confiscated property and documents to Garcia Rodriguez upon her release.

6. Respondents are **ENJOINED** and **RESTRAINED** from re-detaining Garcia Rodriguez unless they demonstrate, by clear and convincing evidence at a pre-deprivation hearing before a neutral decisionmaker, that Garcia Rodriguez presents a flight risk or danger to the community.

7. Respondents are **DIRECTED** to file a Status Report no later than October 22, 2026, confirming their compliance with this Order.

8. Judgment shall be entered consistent with this Order after such confirmation is received.

---

[1] Pet. [ECF No. 1]; Report and Recommendation [ECF No. 9].

9. The Court Clerk is **DIRECTED** to serve this Order on all counsel or parties of record.

**IT IS SO ORDERED.**

Dated: October 19, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE