JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

NORMA SUYAPA GARCIA RODRIGUEZ,

Petitioner,

v.

MARKWAYNE MULLIN, *et al.*,

Respondents.

Case No. 5:26-cv-05695-JWH-SP

**JUDGMENT**

Pursuant to the "Order Accepting Magistrate Judge's Report and Recommendation" entered on or about October 19, 2026, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Petition for Writ of Habeas Corpus is **GRANTED**.

2. Judgment is **ENTERED** in favor of Petitioner Norma Suyapa Garcia Rodriguez and against Respondents. The Order constitutes final disposition of the Petition by the Court.

3. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 12, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE